**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **CASEY WAITE,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MICHAEL J. ASTRUE,** )<br>**Commissioner of the Social** )<br>**Security Administration,** )<br>)<br>Defendant. )<br>_____ ) | Case No. EDCV 09-1827 AJW<br><br>**J U D G M E N T** |

**IT IS ADJUDGED** that defendant's decision is **affirmed.**

December 15, 2010

_/s/ Andrew J. Wistrich_
ANDREW J. WISTRICH
United States Magistrate Judge